IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

OCT 07 2016

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| CLIFFORD D. OLD-HORN,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA,<br>DETECTIVE MIKE SARGEANT,<br>DETECTIVE JAY DOYLE, and<br>COUNTY ATTORNEY MITCH<br>YOUNG,<br><br>   Defendants. | CV 16–99–M–DLC-JCL<br><br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and

Recommendation on August 30, 2016, recommending dismissal of Defendant

State of Montana from this suit. The parties failed to timely object to the Findings

and Recommendation, and so waived their right to de novo review of the record.

28 U.S.C. § 636(b)(1)(C). This Court reviews for clear error those findings and

recommendations to which no party objects. *See McDonnell Douglas Corp. v.*

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981); *Thomas v.*

*Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a

"definite and firm conviction that a mistake has been committed." *United States v.*

*Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

-1-

Having reviewed the Findings and Recommendation, the Court agrees with Judge Lynch that the State of Montana should be dismissed from this case due its immunity from suit under the Eleventh Amendment.

There being no clear error in Judge Lynch's Findings and Recommendation, IT IS ORDERED that:

(1) Judge Lynch's Findings and Recommendation (Doc. 4) are ADOPTED IN FULL.

(2) Defendant State of Montana is DISMISSED from this case.

Dated this 7th day of October, 2016.

Dana L. Christensen, Chief Judge
United States District Court